```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone: (619) 461-8716
 3  Fax:       (619) 461-6795

 4  Attorney for Material Witnesses

 5
                    UNITED STATES DISTRICT COURT
 6                  SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,    )   Criminal Case No: 07cr3430 BEN
                                 )
 9              PLAINTIFF,       )   Magistrate No:    07mj2723 JMA
         V.                      )
10                               )
    HUBER RIOS-DIAZ,             )
11                               )   PROOF OF SERVICE
                DEFENDANT.       )
12                               )
                                 )
13
         1.   I am a citizen of the United States and a resident of the
14  County of San Diego; I am over the age of eighteen years and not a
    party to the entitled action; my business address is P. O. Box 605,
15  La Mesa, California 91944.

16       2.   On March 8, 2008, I served the document(s) described
    below as:
17    EX PARTE APPLICATION TO EXONERATE BOND w/Attachment, as  to  MW
    CASTANEDA-MUNOZ,
18
      BY ELECTRONIC FILING TO:
19
      All parties named in the Docket for service via ECF; Jami L.
20  Ferrara: jamiferrara@msn.com,jferrera4@cox.net; US ATTORNEY CR
    Efile.dkt.gc2@usdoj.gov, Carlos O. Cantu: Carlos.Cantu@usdoj.gov,
21  Efile.dkt.gc1@usdoj.gov

22     and the proposed Order to Exonerate the bond by E-mail to those
    same parties.
23

24      I declare under penalty of perjury under the laws of the State
    of California that the foregoing is true and correct.  E x e c u t e d
25  March 8, 2008, San Diego, California.

26
                                       S/ MARILYN B. GUNNER
27                                     Attorney for Material Witnesses
                                       E-MAIL: mgunner@cox.net
28

    US V. RIOS-DIAZ    PROOF OF SERVICE        07MJ2723 JMA   07CR3430 BEN
```